## NORRISTOWN BOX CO. v. NATIONAL LABOR RELATIONS BOARD.

### No. 7772.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 21, 1941.

Decided Dec. 1, 1941.

J. B. Hillegass, of Norristown, Pa. (Wm. J. Moran, Jr., and Hillegass & Moran, all

of Norristown, Pa., on the brief), for petitioner.

Lester M. Levin, of Washington, D.C. (Robert B. Watts, Gen. Counsel, Laurence A. Knapp, Associate Gen. Counsel, Ernest A. Gross, Asst. Gen. Counsel, Joseph B. Robison, and Malcolm A. Hoffmann, all of Washington, D.C., Attys. National Labor Relations Board, on the brief), for respondent.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the Board in the case at bar is based upon findings of fact clearly supported by adequate evidence and represents a proper exercise of the Board's power and discretion under the National Labor Relations Act, 29 U.S.C.A. § 151 et seq. Accordingly this court will enter a decree enforcing the Board's order.